Alex C. Park [SBN 197781]
LAW OFFICE OF ALEX C. PARK
10080 N Wolfe Road, Suite SW3262
Cupertino, CA 95014
Telephone:   (408) 246-1515
Email:           alexcpark@hotmail.com

Attorney for Plaintiff Joseph Luong Ngo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LUONG NGO, an individual<br><br>      Plaintiff,<br><br>      vs.<br><br>CITY OF WESTMINSTER, a municipal entity;<br>CHARLIE CHI NGUYEN, former mayor of City<br>of Westminster; DARIN LENYI, a police chief<br>of City of Westminster; and DOES 1 THROUGH<br>25; inclusive.<br><br>      Defendants. | Case No. _____<br><br>**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS** |

Comes here, Joseph Luong Ngo ("Plaintiff") for his Complaint against the

Defendants, City of Westminster, Charlie Chi Nguyen and Darini Lenyi and defendants

unknown at this time:

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

1
2
3
4

**PARTIES**

5
6
7
8

1.  Plaintiff,  Joseph Luong Ngo, is an individual resident of Orange County, California who is suing for violations to his civil rights caused by defendants as described in this Complaint.

9
10
11

2.  City of Westminster ("Westminster") is a Municipal Government organization located in Orange County, California that adopted a City Charter.

12
13

3.  Charlie Chi Nguyen (Mr. Nguyễn") is an individual who worked as the former mayor of Westminster in 2024 during the time of all facts alleged in this Complaint.

14
15
16
17

4.  Darini Lenyi ("Mr. Lenyi") is an individual who works in the position as Police Chief of Westminster and served in this position in 2024 during the time of all facts alleged in this Complaint.

18
19

**JURISDICTION AND VENUE**

20
21
22
23
24

5.  The jurisdiction of this Court is invoked to secure protection and redress deprivation of rights guaranteed by federal court as a result of residents of California filing this action against a California municipal government organization and individuals working for and employed by the government organization of Westminster.

25
26
27
28

6.  The jurisdiction of this Court is further invoked to secure protection and redress deprivation of rights guaranteed by federal court to United States citizens as a result of protections under the Constitution of the United States of America for protections of:  (1)

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

freedom of speech; and (2) separation of church and state; and protections under the federal laws of the United States protection citizens against civil rights violations for government abuse of power and false arrest actions.

7.   The amount of controversy in this action exceeds the jurisdictional limits of this Court.

## <u>GENERAL FACTUAL ALLEGATIONS</u>

8.   At all relevant times Westminster was an operating municipality in Orange County, California pursuant to the laws of California and the United States.

9.   At all relevant times defendant Mr. Nguyen served as Mayor of Westminster.

10.   At all relevant times defendant Mr, Lenyi served as Police Chief of Westminster.

11.   At all relevant times Plaintiff was a politician running for City Council member of Westminster.

12.   At all relevant times the brother-in-law of Mr. Nguyen was running in the 2024 public elections as a candidate against Plaintiff for the Westminster City Council.

13.   On September 25, 2024 and during the political campaign for the 2024 public elections, Plaintiff held a press conference at the Westminster City Hall (the "Press Conference") intended to bring attention to a religious symbol that was being displayed by Mr. Nguyen, outside the mayor's office at City Hall.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

14.   A Bagua Mirror was being displayed at the Mayor's Office front entrance door. The Bagua Mirror is an ancient Chinese religious symbol related to the beliefs of Feng Shui and Daoism (the "BM Symbol").

15.   Prior to the Press Conference Mr. Nguyen contacted the Westminster Police Department and alerted them to attend it and execute the arrest of Plaintiff.

16.   During the Press Conference and in protest of the public display of a religious symbol displayed at the City Hall of Westminster, Plaintiff removed the BM Symbol from the public area outside of the office of the Mayor.

17.   During the Press Conference Plaintiff was arrested by the Police Department of Westminster.  The arrest took place in front of the cameras and Plaintiff was filmed being handcuffed and taken into custody by the Westminster Police.  During the Press Conference Plaintiff was arrested, removed and taken to the Westminster Police Department, fingerprinted and photographed and processed as an arrested criminal defendant.

18.   As a result of his arrest, Plaintiff was charged with a vandalism by the City Police Department on September 25, 2024.

19.   Following the arrest of Plaintiff and the Press Conference, Mr. Nguyen publicly criticized Plaintiff and claimed that Plaintiff was not fit to be a member of the Westminster City Council due to his charged criminal actions.

20.   Subsequent to Plaintiff's arrest, the criminal charges brought against Plaintiff were dismissed by the District Attorney of Orange County.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

4

21.   The election results for the 2024 election for Westminster City Council was that Plaintiff was not elected but the brother-in-law of Mr. Nguyen was elected to a position with the Westminster City Council.

22.   On October 9, 2024 counsel for Plaintiff filed a letter with Mr. Nguyen's mayoral office and with the City Council of Westminster notifying them of Plaintiff's claims of false arrest and claims of violations of freedom of speech and separation of church and state.

23.   On December 20, 2024 Plaintiff filed a Claim Against the City for the civil claims addressed in this Complaint.  Plaintiff received a denial of the claims raised with Westminster on February 3, 2025.

**COUNT I:  (Constitutional Violation of Government Establishment of Religion)**

24.   The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs above and further alleges as follows:

25.   Westminster was a public operating municipality in Orange County, California pursuant to the laws of California and the United States.

26.   At all relevant times defendant Mr. Nguyen served as Mayor of Westminster and maintained an office in the public Westminster City Hall.  Mr. Nguyen was an elected official and was acting in his official public capacity at all relevant times described herein.

27.   At all relevant times Mr. Nguyen displayed a Bagua Mirror, a religious symbol, on the outside of the Mayor's Office front entrance door.

COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS

28.  The First Amendment of the United States Constitution preserves the protection of separation of church and state.

29.  The separation of church and state protections prohibit the establishment of religion by a government agency and prohibit the display and endorsement of a religious symbol on public premises.

30.  The City of Westminster and Mr. Nguyen displayed the religious symbol outside of the Mayor's Office located on public property at the Westminster City Hall.

31.  The actions of City of Westminster by and through the actions of Mr. Nguyen served as an endorsement of the religion that is represented by the BM Symbol.

32.  The actions of City of Westminster and Mr. Nguyen are violations of the U.S. Constitutions of the establishment clause.

33.  Plaintiff is a citizen of the United States and therefore has a right to a claim for the protection of liberty of the establishment clause by the due process clause of the Fourteenth Amendment of the United States Constitution.

34.  By violating the establishment clause of the United States Constitution the City of Westminster and Mr. Nguyen violated the liberty of Plaintiff.

WHEREFORE: Plaintiff was harmed by the actions of the City of Westminster and Mr. Nguyen for violations to his liberty for the violation of the First Amendment to the United States Constitution.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

6

**COUNT II:  (Government Violation of Retaliation Over Protected Speech)**

35.   The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs above and further alleges as follows:

36.  On September 25, 2024 and during the political campaign for the 2024 public elections, Plaintiff held the Press Conference at the Westminster City Hall intended to bring attention to a religious symbol that was being displayed by Mr. Nguyen outside the mayor's office at City Hall.

37.   During the Press Conference and in protest of the public display of a religious symbol being displayed in public at the City Hall of Westminster by Mr. Nguyen, Plaintiff removed the BM Symbol from the public area outside of the office of the Mayor.

38.   On September 25, 2024 and in an effort to discourage the action of speaking out against the BM Symbol, Mr. Nguyen requested that the Westminster Police arrest Plaintiff to prevent further actions against Mr. Nguyen and the BM Symbol.

39.   Mr. Lenyi caused the Westminster Police Department to arrest Plaintiff during the Press Conference.

40.   During the Press Conference Plaintiff was arrested by the Police Department of Westminster.  The arrest took place before the cameras and Plaintiff was filmed being handcuffed and taken into custody by the Westminster Police.  During the Press Conference Plaintiff was removed and taken to the Westminster Police Department, fingerprinted and photographed and processed as an arrested criminal defendant.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

41.   As a result of his arrest, Plaintiff was charged with a vandalism by the City Police Department on September 25, 2024.

42.   Following the arrest of Plaintiff and the Press Conference, Mr. Nguyen publicly criticized Plaintiff and claimed that Plaintiff was not fit to be a member of the Westminster City Council due to his charged criminal actions.  The arrest caused by Mr. Nguyen was intended to discourage any further actions or speaking out against Mr. Nguyen and speaking about the BM Symbol by Plaintiff.

43.   Subsequent to Plaintiff's arrest, the criminal charges brought against Plaintiff were dismissed by the District Attorney of Orange County.

44.   The arrest caused by Mr. Nguyen and facilitated by Mr. Lenyi was done in an effort to prevent further protest actions by Plaintiff against the display of the BM Symbol.

45.   The election results for the 2024 election for Westminster City Council was that Plaintiff was not elected but the brother-in-law of Mr. Nguyen was elected to a position with the Westminster City Council.

46.   All of the actions by Mr. Nguyen and Mr. Lenyi were designed to punish and discourage any actions by Plaintiff to speak out against Mr. Nguyen or the BM Symbol.

WHEREFORE: Plaintiff was harmed by the actions of the City of Westminster, Mr. Nguyen and Mr. Lenyi for violations to Plaintiff's right to freedom of speech in violation of the liberty due to Plaintiff for the violation of the First Amendment to the United States Constitution.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

## COUNT III:  (Government Retaliatory Prosecution

## Punishing Plaintiff in Violation of  Freedom of Speech)

47.   The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs above and further alleges as follows:

48. On September 25, 2024 and during the political campaign for the 2024 public elections, Plaintiff held the Press Conference at the Westminster City Hall intended to bring attention to a religious symbol that was being displayed by Mr. Nguyen outside the mayor's office at City Hall.

49.   Prior to the Press Conference Mr. Nguyen contacted the Westminster Police Department and requested they attend the Press Conference and stand by for the purpose of arresting Plaintiff.

50.   During the Press Conference and in protest of the public display of a religious symbol being displayed in public at the City Hall of Westminster by Mr. Nguyen, Plaintiff removed the BM Symbol from the public area outside of the office of the Mayor.

51.   On September 25, 2024 and in an effort to discourage the action of speaking out against the BM Symbol, Mr. Nguyen requested that the Westminster Police arrest Plaintiff to prevent further actions against Mr. Nguyen and the BM Symbol.

52.   Mr. Lenyi caused the Westminster Police Department to arrest Plaintiff during the Press Conference.

53.   During the Press Conference Plaintiff was arrested by the Police Department of Westminster.  The arrest took place before the cameras and Plaintiff was filmed being

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

handcuffed and taken into custody by the Westminster Police.  During the Press

Conference Plaintiff removed and taken to the Westminster Police Department,

fingerprinted and photographed and processed as an arrested criminal defendant.

54.   As a result of his arrest, Plaintiff was charged with a vandalism by the City

Police Department on September 25, 2024.

55.   Following the arrest of Plaintiff and the Press Conference, Mr. Nguyen publicly

criticized Plaintiff and claimed that Plaintiff was not fit to be a member of the

Westminster City Council due to his charged criminal actions.  The arrest caused by Mr.

Nguyen was intended to discourage any further actions or speaking out against Mr.

Nguyen and speaking about the BM Symbol by Plaintiff.

56.   Subsequent to Plaintiff's arrest, the criminal charges brought against Plaintiff

were dismissed by the District Attorney of Orange County.

57.  The arrest caused by Mr. Nguyen and facilitated by Mr. Lenyi was done in an

effort to prevent further protest actions by Plaintiff against the display of the BM Symbol.

58.   The United States Constitution protects citizens to have a right to engage in

constitutionally-protected speech, free from the threat of retaliatory arrest.

59.   The election results for the 2024 election for Westminster City Council was that

Plaintiff was not elected but the brother-in-law of Mr. Nguyen was elected to a position

with the Westminster City Council.

60.   All of the actions by Mr. Nguyen and Mr. Lenyi were designed to punish and

discourage any actions by Plaintiff to speak out against Mr. Nguyen or the BM Symbol.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

10

WHEREFORE: Plaintiff was harmed by the actions of the City of Westminster, Mr. Nguyen and Mr. Lenyi for violations to Plaintiff's liberty for freedom of speech.

## COUNT IV:  (Abuse of Official Power)

61.   The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs above and further alleges as follows:

62.  On September 25, 2024 and during the political campaign for the 2024 public elections, Plaintiff held the Press Conference at the Westminster City Hall intended to bring attention to a religious symbol that was being displayed by Mr. Nguyen outside the mayor's office at City Hall.

63.   Prior to the Press Conference Mr. Nguyen contacted the Westminster Police Department and requested they attend the Press Conference and stand by for the purpose of arresting Plaintiff.

64.  On September 25, 2024 and in an effort to discourage the action of speaking out against the BM Symbol, Mr. Nguyen requested that the Westminster Police arrest Plaintiff to prevent further actions against Mr. Nguyen and the BM Symbol.

65.   Mr. Lenyi caused the Westminster Police Department to arrest Plaintiff during the Press Conference.

66.   During the Press Conference Plaintiff was arrested by the Police Department of Westminster.  The arrest took place before the cameras and Plaintiff was filmed being handcuffed and taken into custody by the Westminster Police.  During the Press

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

Conference Plaintiff removed and taken to the Westminster Police Department, fingerprinted and photographed and processed as an arrested criminal defendant.

67. As a result of his arrest, Plaintiff was charged with a vandalism by the City Police Department on September 25, 2024.

68. Following the arrest of Plaintiff and the Press Conference, Mr. Nguyen publicly criticized Plaintiff and claimed that Plaintiff was not fit to be a member of the Westminster City Council due to his charged criminal actions. The arrest caused by Mr. Nguyen was intended to discourage any further actions or speaking out against Mr. Nguyen and speaking about the BM Symbol by Plaintiff.

69. Subsequent to Plaintiff's arrest, the criminal charges brought against Plaintiff were dismissed by the District Attorney of Orange County.

70. The arrest caused by Mr. Nguyen and facilitated by Mr. Lenyi was done in an effort to prevent further protest actions by Plaintiff against the display of the BM Symbol and designed to negatively affect Plaintiff in light of his election campaign.

71. The United States Constitution protects citizens to have a right to engage in constitutionally-protected speech, free from the threat of retaliatory arrest.

72. The election results for the 2024 election for Westminster City Council was that Plaintiff was not elected but the brother-in-law of Mr. Nguyen was elected to a position with the Westminster City Council.

73. All of the actions by Mr. Nguyen and Mr. Lenyi were designed to punish and discourage any actions by Plaintiff to speak out against Mr. Nguyen or the BM Symbol.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

WHEREFORE: Plaintiff was harmed by the actions of the City of Westminster, Mr. Nguyen and Mr. Lenyi for violations to Plaintiff's liberty for the violation of the First Amendment to the United States Constitution.

### COUNT IV:  (False Arrest)

74.   The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs above and further alleges as follows:

75. On September 25, 2024 and during the political campaign for the 2024 public elections, Plaintiff held the Press Conference at the Westminster City Hall intended to bring attention to a religious symbol that was being displayed by Mr. Nguyen outside the mayor's office at City Hall.

76.   Prior to the Press Conference Mr. Nguyen contacted the Westminster Police Department and requested they attend the Press Conference and stand by for the purpose of arresting Plaintiff.

77.   During the Press Conference and in protest of the public display of a religious symbol being displayed in public at the City Hall of Westminster by Mr. Nguyen, Plaintiff removed the BM Symbol from the public area outside of the office of the Mayor.

78.   On September 25, 2024 and in an effort to discourage the action of speaking out against the BM Symbol, Mr. Nguyen requested that the Westminster Police arrest Plaintiff to prevent further actions against Mr. Nguyen and the BM Symbol.

79.   Mr. Lenyi caused the Westminster Police Department to arrest Plaintiff during the Press Conference.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

80.   During the Press Conference Plaintiff was arrested by the Police Department of Westminster.  The arrest took place before the cameras and Plaintiff was filmed being handcuffed and taken into custody by the Westminster Police.  During the Press Conference Plaintiff removed and taken to the Westminster Police Department, fingerprinted and photographed and processed as an arrested criminal defendant.

81.   As a result of his arrest, Plaintiff was charged with a vandalism by the City Police Department on September 25, 2024.

82.   Following the arrest of Plaintiff and the Press Conference, Mr. Nguyen publicly criticized Plaintiff and claimed that Plaintiff was not fit to be a member of the Westminster City Council due to his charged criminal actions.  The arrest caused by Mr. Nguyen was intended to discourage any further actions or speaking out against Mr. Nguyen and speaking about the BM Symbol by Plaintiff.

83.   Subsequent to Plaintiff's arrest, the criminal charges brought against Plaintiff were dismissed by the District Attorney of Orange County.

84.   The arrest caused by Mr. Nguyen and facilitated by Mr. Lenyi was done in an effort to prevent further protest actions by Plaintiff against the display of the BM Symbol.

85.   All of the actions by Mr. Nguyen and Mr. Lenyi were designed to punish and discourage any actions by Plaintiff to speak out against Mr. Nguyen or the BM Symbol but were not based on valid criminal actions.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

WHEREFORE: Plaintiff was harmed by the actions of the City of Westminster, Mr. Nguyen and Mr. Lenyi for violations to Plaintiff's liberty for the violation of the First Amendment to the United States Constitution.

## COUNT V:  (Assault and Battery)

86.   The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs above and further alleges as follows:

87.   On September 25, 2024 and in an effort to discourage the action of speaking out against the BM Symbol, Mr. Nguyen requested that the Westminster Police arrest Plaintiff to prevent further actions against Mr. Nguyen and the BM Symbol.

88.   Mr. Lenyi caused the Westminster Police Department to arrest Plaintiff during the Press Conference.

89.   During the Press Conference Plaintiff was arrested by the Police Department of Westminster.  The arrest took place before the cameras and Plaintiff was filmed being physically handcuffed against his will and forcefully taken into custody by the Westminster Police.  During the Press Conference Plaintiff was physically removed and taken against his will to the Westminster Police Department, fingerprinted and photographed and processed as an arrested criminal defendant. All of Defendants' actions constitutes an intentional and offensive touching of Plaintiff to which Plaintiff did not consent.

90.   Subsequent to Plaintiff's arrest, the criminal charges brought against Plaintiff were dismissed by the District Attorney of Orange County.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

91.  The arrest caused by Mr. Nguyen and facilitated by Mr. Lenyi was done in an effort to prevent further protest actions by Plaintiff against the display of the BM Symbol.

92.   The United States Constitution protects citizens to have a right to engage in constitutionally-protected speech, free from the threat of retaliatory arrest.

93.   The election results for the 2024 election for Westminster City Council was that Plaintiff was not elected but the brother-in-law of Mr. Nguyen was elected to a position with the Westminster City Council.

94.   All of the actions by Mr. Nguyen and Mr. Lenyi were designed to punish and discourage any actions by Plaintiff to speak out against Mr. Nguyen or the BM Symbol.

95.  The intentional, nonconsensual touching of Plaintiff by Defendants was highly offensive to Plaintiff's reasonable sense of dignity.

96.  As a direct and proximate result of the intentional acts of Defendants, Plaintiff experienced pain, suffering, mental anguish, physical injury, and expenses, and was otherwise injured and damaged.

97.   As a direct and proximate result of the intentional acts of Defendants, Plaintiff experienced pain, suffering, mental anguish, physical injury and expenses, and was otherwise injured and damaged.

WHEREFORE: Plaintiff was harmed by the actions of the Defendants for the physical and emotional damages suffered.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

## COUNT VI:  (False Imprisonment)

98.   The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs above and further alleges as follows:

99.   On September 25, 2024 and in an effort to discourage the action of speaking out against the BM Symbol, Mr. Nguyen requested that the Westminster Police arrest Plaintiff to prevent further actions against Mr. Nguyen and the BM Symbol.

100.   Mr. Lenyi caused the Westminster Police Department to arrest Plaintiff during the Press Conference.

101.   During the Press Conference Plaintiff was arrested by the Police Department of Westminster.  The arrest took place before the cameras and Plaintiff was filmed being physically handcuffed against his will and forcefully taken into custody by the Westminster Police.  During the Press Conference Plaintiff was physically removed and taken against his will to the Westminster Police Department, fingerprinted and photographed and processed as an arrested criminal defendant. All of Defendants' actions constitutes an intentional and offensive touching of Plaintiff to which Plaintiff did not consent.

102.   Subsequent to Plaintiff's arrest, the criminal charges brought against Plaintiff were dismissed by the District Attorney of Orange County.

103.   The arrest caused by Mr. Nguyen and facilitated by Mr. Lenyi was done in an effort to prevent further protest actions by Plaintiff against the display of the BM Symbol.

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**

104.   The conduct of Defendants was harmful and offensive and was not warranted nor justifiable.

105.   Plaintiff never consented to Defendants' actions.

106.   The election results for the 2024 election for Westminster City Council was that Plaintiff was not elected but the brother-in-law of Mr. Nguyen was elected to a position with the Westminster City Council.

107.   All of the actions by Mr. Nguyen and Mr. Lenyi were designed to punish and discourage any actions by Plaintiff to speak out against Mr. Nguyen or the BM Symbol.

108.   The intentional, nonconsensual touching of Plaintiff by Defendants was highly offensive to Plaintiff's reasonable sense of dignity.

109.   As a direct and proximate result of the intentional acts of Defendants, Plaintiff experienced pain, suffering, mental anguish, physical injury, and expenses, and was otherwise injured and damaged.

110.   As a direct and proximate result of the intentional acts of Defendants, Plaintiff experienced pain, suffering, mental anguish, physical injury and expenses, and was otherwise injured and damaged.

WHEREFORE: Plaintiff was harmed by the actions of the Defendants for the physical and emotional damages suffered.

## COUNT VII:  (Intentional Infliction of Emotional Distress)

111.   The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs above and further alleges as follows:

COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS

112.  Defendants owe the duty of utmost care to citizens of Westminster.

113.   The conduct and actions of Defendants toward Plaintiff constitutes an intentional and offensive touching of Plaintiff to which Plaintiff did not consent.

114.   The conduct of Defendants was harmful and offensive and was not warranted nor justifiable.

115.  Plaintiff never consented to the actions of Defendants.

116.   The intentional, nonconsensual touching of Plaintiff by Defendants was highly offensive to Plaintiff's reasonable sense of dignity.

117.  As a direct and proximate result of the intentional actions of Defendants, Plaintiff experienced pain, suffering, mental anguish, physical injury, and was otherwise injured and damaged.

WHEREFORE: Plaintiff was harmed by the actions of the Defendants for the physical and emotional damages suffered.

## PLAINTIFF'S REQUEST FOR JURY TRIAL

Plaintiff, prays for a trial by jury on all issues.

Dated:  April 7, 2025

Respectfully Submitted,

*/s/ Alex C. Park, Esq.* **(CA Bar No. 197781)**
Alex C. Park
LAW OFFICE OF ALEX C. PARK
10080 N Wolfe Road, Suite SW3262, Cupertino, CA 95014
Telephone: 408-246-1515
alexcpark@hotmail.com

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS**