JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LUONG NGO, | Case No. 8:25-00705 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF WESTMINSTER, et al., | |
| Defendants. | |

Pursuant to the Court's Memorandum Opinion and Order (Dkt. No. 42), the Court adjudges the above-captioned case dismissed in its entirety.

Dated: November 26, 2025

　　　/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge